JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASQUAL GABRIEL MARTINEZ, | Case No. LA CV 15-5399 DSF (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| K. SANTORO, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 5/25/17

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE